UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE JONES,

      Plaintiff,                           No. 19-13535

v.                                           Hon. Nancy G. Edmunds

EQUIAN, LLC,

      Defendant.
_____/

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

Plaintiff Janice Jones filed suit against Defendant Equian, LLC in this Court on November 27, 2019. Plaintiff's complaint brings sex discrimination, retaliation, and hostile work environment claims pursuant to both Title VII of the Civil Rights Act of 1964 and Michigan's Elliott-Larsen Civil Rights Act ("ELCRA").

This Court has federal question jurisdiction over Plaintiff's claims arising under Title VII, but Plaintiff's claims pursuant to the ELCRA are based solely on state law. Plaintiff has not asserted Defendant's citizenship, *see V&M Star, LP v. Centimark Corp.*, 596 F.3d 354, 356 (6th Cir. 2010) ("limited liability companies have the citizenship of each partner or member") (internal quotation marks and citation omitted), nor has she alleged an amount in controversy that would give the Court subject matter jurisdiction over Plaintiff's state law claims through diversity of citizenship. And while the Court may exercise supplemental jurisdiction over those claims, it declines doing so in order to avoid jury confusion. *See* 28 U.S.C. § 1367(c)(4); *Moor v. Cty. of Alameda*, 411 U.S. 693, 716 (1973); *Padilla v. City of*

*Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).  Therefore, pursuant to § 1367(c), Plaintiff's state law claims, including all of her claims in Count II of her complaint, are hereby DISMISSED WITHOUT PREJUDICE.  The Court will retain jurisdiction over Plaintiff's federal claims only.

  SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: December 16, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 16, 2019, by electronic and/or ordinary mail.

        s/Lisa Bartlett
        Case Manager